*Stevenson & Myers, for appellant.*

*Hallam, for appellee.*

---

### John E. Reno v. Mary A. Davis.

**Executors and Administrators—Action on Bond—Pleading.**

Where neither the terms nor the substance of an administrator's bond are set out in the petition, the filing of a copy of the bond with the petition does not dispense with the necessity of setting out the undertaking as entered in the pleading itself.

APPEAL FROM MUHLENBERG CIRCUIT COURT.

March 4, 1873.

OPINION BY JUDGE LINDSAY:

The original judgment is erroneous for two reasons.

1st. The petition presents no cause of action against Reno, the surety in the administrator's bond. Neither the terms nor substance of the bond are set out. Filing a copy of the bond with the petition does not dispense with the necessity of setting out the undertaking sued on in the pleading itself.

2d. No judgment should have been rendered until a refunding bond was executed. *Montjoy's Adm'r v. Pearce,* 4 Metcalfe 98. Judgment reversed and cause remanded for a new trial.

The appeal from the judgment refusing a new trial is dismissed.

*Jas. Ricketts, for appellant.*